SHARON MARIE JENKINS HAYES

VERSUS

PAUL C. HAYES

NO. 20-CA-90

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

December 21, 2020

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Marc E. Johnson

**DENIED**

**SMC**
**FHW**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **12/21/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**20-CA-90**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
23rd Judicial District Court (Clerk)
Hon. Jason Verdigets (District Judge)
DaShawn P. Hayes (Appellant)

### MAILED
Demetrie E. Ford (Appellant)
Attorney at Law
716 Third Street
Gretna, LA 70053

Deborah E. Dugas (Appellee)
Attorney at Law
Post Office Box 554
Reserve, LA 70084